1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

ANNA M. SARRI,

Case No. 2:16-cv-02311-JAD-PAL

8

Plaintiff,

ORDER

9

v.

10

EQUIFAX   INFORMATION   SERVICES,
LLC,

11
12

Defendant.

13      Before the court is the Notice of Settlement (ECF No. 6) between Plaintiff and Defendant

14  Equifax Information Services, LLC.  The parties request 60 days to complete settlement dismissal

15  documents.  Accordingly,

16      **IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall

17  have until **January 9, 2017,** to file a stipulation to dismiss, or a joint status report advising when

18  the stipulation to dismiss will be filed.

19      DATED this 10th day of November, 2016.

20
21
22

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28